```
FILED
November 12, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
                                    D19
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Tawnja Anissa Mabry | **Case No :** | 09-37214 - C - 7 |
| | | **Date :** | 11/10/09 |
| | | **Time :** | 09:30 |

**Matter :** [12] - Motion/Application for Relief from Stay [PD-1] Filed by Creditor GMAC Mortgage, LLC (Fee Paid $150) (avos)
[12] - Motion/Application for Adequate Protection [PD-1] (avos)

**Judge :** Robert S. Bardwil
**Courtroom Deputy :** Teresa Jackson
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Creditor's Attorney - John Acierno
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted as provided in this order. Automatic stay vacated; no further relief afforded.

Dated: November 12, 2009

*Robert S. Bardwil, Judge*
*United States Bankruptcy Court*